JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANGEL GARCIA, | ) Case No. SACV 13-00380-DFM |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commission of Social Security is affirmed and this action is dismissed with prejudice.

Dated: November 7, 2013

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge